UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KEITH McILWAIN,

                Petitioner,

                                                No. 9:02-CV-1046
          vs.                                 (FJS/VEB)

MICHAEL K. NALLEY, Warden,
FCI Ray Brook,

                Respondent.
_____

APPEARANCES:
                                      OF COUNSEL

KEITH McILWAIN
*Pro Se*
#05157-055
FMC +Devens
PO Box 779
Ayer, MA   01432

GLENN T. SUDDABY                  CHARLES E. ROBERTS
United States Attorney          Asst. U.S. Attorney
   for the Northern
District of New York
Attorney for Defendant
Post Office Box 7198
100 South Clinton Street
Syracuse, New York   13261-7198

**FREDERICK J. SCULLIN, JR., S.J.**

## DECISION AND ORDER

    Currently before the Court is Magistrate Judge Victor E. Bianchini's Report-Recommendation to which the parties have filed no objections.  Having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS**, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed January 7, 2008 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS**, that petitioner's application for a writ of habeas corpus is **DENIED** and **DISMISSED,** and the Court further

**ORDERS**, that the Clerk of the Court enter judgment in favor of the respondent and against the petitioner and close this case.

**IT IS SO ORDERED.**

**Dated:** February 7, 2008
        Syracuse, New York

*/s/ Frederick J. Scullin*
Frederick J. Scullin, Jr.
Senior United States District Court Judge